**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re 23ANDME, INC.        MDL No. 3098

**Proof of Service**

I hereby certify that a copy of the foregoing Notice of Appearance of Carey Alexander, and this Certificate of Service was served by Email on January 9, 2024, to the following:

Clerk, Northern District California
San Francisco, CA

Clerk, Northern District California
San Jose, CA

Clerk, Central District of California
Santa Ana, CA

Clerk, Northern District of Illinois
Chicago, IL

*Santana, et al. v. 23andMe, Inc*.
(Case No. 3:23-cv-05147-EMC)
**Northern District of California**

Scott Edelsberg
EDELSBERG LAW, P.A.
scott@edelsberglaw.com
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320

Andrew J. Shamis
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

**Attorneys for Plaintiffs Santana and Kleynburd**

*Lamons v. 23andMe, Inc*.
(Case No. 5:23-cv- 05178- EMC)
**Northern District of California**

Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

George V. Granade
8484 Wilshire Boulevard, Suite
515 Los Angeles, California 90211
Telephone: (310) 393-0070
ggrandade@reesellp.com

Charles D. Moore
REESE LLP
cmoore@reesellp.com
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402

Telephone: (212) 643-0500

Kevin Laukaitis
LAUKAITIS LAW LLC
klaukaitis@laukaitis.com
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, Puerto Rico 00907
Telephone: (215) 789-4462

**Attorneys for Plaintiff Lamons**

| | |
|---|---|
| *Eden et al. v. 23andMe, Inc.* | *J.S. et al. v. 23andMe, Inc., et al.* |
| (Case No. 4:23- cv-05200-HSG) | (Case No. 5:23-cv-05234- EMC) |
| **Northern District of California** | **Northern District of California** |

Melissa Emert
Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
memert@kgglaw.com
ggraifman@kgglaw.com
Telephone: (845) 356-2570
Facsimile: (845) 356-4335

David S. Casey
dcasey@cglaw.com
Gayle M. Blatt
gmb@cglaw.com
P. Camille Guerra
camille@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

**Attorneys for Plaintiffs Eden, Pinho, Seawright, and Zager-Maya**

Sharon J. Zinns
ZINNS LAW, LLC
4243 Dunwoody Club Drive
Suite 104
Atlanta, Georgia 30350
(404) 882-9002
sharon@zinnslaw.com

Maureen M. Brady
Lucy McShane
McSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

**Attorneys for Plaintiffs J.S., J.T., and A.L.**

| | |
|---|---|
| *Mirza v. 23andMe, Inc.* (Case No. 3:23-cv- 05259- EMC) **Northern District of California** | *Navarro v. 23andMe, Inc.* (Case No. 4:23-cv- 05281-EMC) **Northern District of California** |
| Seyed Abbas Kazerounian<br>Mona Amini<br>KAZEROUNI LAW GROUP, APC<br>ak@kazlg.com<br>mona@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>sec@colevannote.com<br>lvn@colevannote.com<br><br>**Attorneys for Plaintiffs Navarro and Blackwell** |
| *Greenberg v. 23andMe, Inc.* (Case No. 5:23- cv-05302- EMC) **Northern District of California** | *Friend v. 23andMe, Inc.* (Case No. 4:23-cv- 05323-EMC) **Northern District of California** |
| John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>jnelson@milberg.com<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>ostrow@kolawyers.com<br><br>**Attorneys for Plaintiff Greenberg** | Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>kelihu@ejlglaw.com<br>sali@ejlglaw.com<br><br>**Attorneys for Plaintiffs Friend, Parra, and Rajamin** |
| *Hoffman et al. v. 23andMe, Inc.* (Case No. 3:23-cv-05332-EMC) **Northern District of California** | *Farmer v. 23andMe, Inc.* (Case No. 5:23-cv- 05341-EMC) **Northern District of California** |
| John J. Nelson | M. Anderson Berry |

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>402 W. Broadway, Suite 1760<br>San Diego, California 9<br>Tel.: (858) 209-6941<br>jnelson@milberg.com<br>Marc E. Dann<br>Brian D. Flick<br>DANNLAW<br>notices@dannlaw.com<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220 Chicago, Illinois 60602 (312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>tom@attorneyzim.com<br><br>**Attorneys for Plaintiffs Hoffman** | Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Benjamin H. Kleine<br>KLEINE PC<br>95 Third Street, 2nd Floor, #9048<br>San Francisco, CA 94103<br>Telephone: 415-465-5655<br>ben@kleinepc.com<br><br>**Attorneys for Plaintiff Farmer** |

*Berman et al v. 23andMe, Inc.*
(Case No. 4:23-cv-05345-EMC)
**Northern District of California**

Ross M. Good
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 889-6625
ross@loftusandeisenberg.com

William Aron
ARON LAW FIRM
15 W Carrillo St, Suite 217
Santa Barbara, CA
93101
T: (805) 618-1768
bill@aronlawfirm.com

**Attorneys for Plaintiffs Berman, Hawkins, Jones, Leifer, and Canfield Loftus**

*Tulchinsky v. 23andMe, Inc.*
(Case No. 5:23- cv-05369-EMC)
**Northern District of California**

Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

George V. Granade
ggrandade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Charles D. Moore
cmoore@reesellp.com
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

REESE LLP

Courtney L. Weiner
cw@courtneyweinerlaw.com
1629 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980

LAW OFFICE OF COURTNEY WEINER PLLC

**Attorneys for Plaintiff Tulchinsky**

*Seikel v. 23andMe, Inc.*
(Case No. 5:23-cv- 05419-EMC)
**Northern District of California**

Ben F. Pierce Gore
PIERCE GORE LAW FIRM, PC
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(408) 806-4600
piercegore@gmail.com

Charles J. LaDuca Brendan Thompson
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW Suite 200
Washington, DC 20016 (202) 789-3960
charles@cuneolaw.com -
brendan@cuneolaw.com

Charles Barrett
Daniella Bhadare-Valente
Morgan L. Burkett
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203
(615) 244-1713
cbarrett@nealharwell.com
dbhadare-valente@nealharwell.com
mburkett@nealhar-well.com

**Attorneys for Plaintiff Seikel**

*Fralix v. 23andMe, Inc.*
(Case No. 5:23-cv- 05439-EMC)
**Northern District of California**

Eric M. Poulin
eric.poulin@poulinwilley.com
Blake G. Abbott
blake.abbott@poulinwilley.com
Paul J. Doolittle
paul.doolittle@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

POULIN WILLEY ANASTOPOULO, LLC

John Christian
yanni@bohrenlaw.com
8560 West Sunset Boulevard, 4th Floor
West Hollywood, CA 90069
Tel: 619-433-2803
Fax: 800-867-6779

Bohren BOHREN LAW, APC

**Attorneys for Plaintiff Fralix**

*Velez v. 23andMe, Inc.*
(Case No. 3:23-cv- 05464-EMC)
**Northern District of California**

Karen Hanson Riebel
Kate Baxter-Kauf
Maureen Kane Berg
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Square, Suite 2200
Minneapolis, Minnesota 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

Gayle M. Blatt
P. Camille Guerra
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232
gmb@cglaw.com
camille@cglaw.com

Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburg, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com

**Attorneys for Plaintiff Velez**

*Smith v. 23andMe, Inc.*
(Case No. 5:23-cv- 05548- EMC)
**Northern District of California**

Nicholas A. Migliaccio
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520
nmigliaccio@classlawdc.com

Jason S. Rathod
jrathod@classlawdc.com

Matthew Smith
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
MIGLIACCIO & RATHOD LLP
msmith@classlawdc.com

**Attorneys for Plaintiff Laquisha Smith**

*Alperstein et al v. 23andMe, Inc.*
(Case No. 4:23-cv-05541-EMC)
**Northern District of California**

CLARKSON LAW FIRM, P.C.
Ryan J. Clarkson
rclarkson@clarksonlawfirm.com
Yana Hart
yhart@clarksonlawfirm.com
Tiara Avaness
tavaness@clarksonlawfirm.com

Valter Malkhasyan
vmalkhasyan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**Attorneys for Plaintiffs Alperstein and Shoaee**

*Schutz v. 23andMe Inc.*
(Case No. 3:23-cv-05579)
**Northern District of California**

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
Matthew B. George
Blair E. Reed
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com

BARNOW AND ASSOCIATES, P.C.
Ben Barnow*
Anthony L. Parkhill*
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312-621-2000

*Furia v. 23andMe, Inc.*
(Case No. 4:23-cv- 05565-EMC)
**Northern District of California**

Matthew Smith
MIGLIACCIO & RATHOD LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: (831) 687-8255
msmith@classlawdc.com

Daniel E. Gustafson
David A. Goodwin
Matt Jacobs
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mjacos@gustafson-
mjacobs@gustafsongluek.com

**Attorneys for Plaintiff Furia**

*Vickery v. 23andMe, Inc.*
(Case No. 3:23-cv- 05635-EMC)
**Northern District of California**

Rachele R. Byrd
WOLF HALDENSTEIN ADLER
FREEMAN
& HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Jon Tostrud
TOSTRUD LAW GROUP, PC
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com

Facsimile: 312-641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

**Attorneys for Plaintiff Schutz and the Proposed Class**

*Sorensen v. 23andMe, Inc.*
(Case No. 5:23-cv-05677-EMC)
**Northern District of California**

M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack
CLAYEO C. ARNOLD
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, Texas 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

**Attorneys for Plaintiff Sorensen**

Erik H. Langeland
ERIK H. LANGELAND, P.C.
733 Third Avenue, 16th Floor
New York, NY. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

**Attorneys for Plaintiff Vickery**

*Doe v. 23andMe, Inc.*
(Case No. 3:23-cv-05717-EMC)
**Northern District of California**

Robbins Geller Rudman & Dowd LLP
Dorothy P. Antullis*
Stuart A. Davidson*
Lindsey H. Taylor*
Nicolle B. Brito
Alexander C. Cohen*
Nicolle B. Brito
225 Ne Mizner Boulevard, Suite 720
Boca Raton, Fl 33432
Telephone: 561/750-3000
561/750-3364 (Fax)

The Grant Law Firm, PLLC
LYNDA J. GRANT*
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: 212/292-4441
212/292-4442 (fax)

Longman Law, P.C.
Howard T. Longman*
354 Eisenhower Parkway, Suite 1800
Livingston, NJ 07039
Telephone: 973/994-2315
973/994-2319 (fax)

**Attorneys for John Doe**

*Briana Dube v. 23andMe, Inc.*
(Case No. 5:23-cv-05768-EMC)
**Northern District of California**

John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Fax: (858) 209-6941
Email: jnelson@milberg.com

Jason P. Sultzer, Esq. **
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

Charles E. Schaffer, Esq. **
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

**Attorneys for Plaintiff Dube the Proposed Class**

*Brandon Molina v. 23andMe, Inc.*
(Case No. 5:23-cv-05779-EMC)
**Northern District of California**

Christina M. Sarraf
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: dbarenbaum@bermantabacco.com
csarraf@bermantabacco.com

Patrick T. Egan
Steven J. Buttacavoli
BERMAN TABACCO
One Liberty Square

*Andrizzi v. 23andMe, Inc.*
(Case No. 5:23-cv-05198)
**Northern District of California**

Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

**Attorneys for Plaintiff Andrizzi**

*Rivers v. 23andMe Holding Co., 23andMe, Inc.*
(Case No. 3:23-cv-06481)
**Northern District of California**

Azra Mehdi (SBN 220406)
azram@themehdifirm.com
The Mehdi Firm, PC
95 Third Street
2nd Floor No. 9122
San Francisco, CA 94103
Ph/Fax: (415) 905-8880
John C. Herman
jherman@hermanjones.com

Candace N. Smith

| | |
|---|---|
| Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>Email: pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com<br><br>**Attorneys for Plaintiff Molina** | csmith@hermanjones.com<br><br>Herman Jones LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiffs Rivers and the Proposed Class** |
| *Ioffe v. 23andMe, Inc.*<br>(Case No. 5:23-cv-06205)<br>**Northern District of California**<br><br>Schubert Jonckheer & Kolbe LLP<br>Robert C. Schubert (rschubert@sjk.law)<br>Amber L. Schubert (aschubert@sjk.law)<br>2001 Union St, Ste 200<br>San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Ioffe** | *Bacus v. 23andMe, Inc.*<br>(Case No. 1:23-cv-16828)<br>**Northern District of Illinois**<br><br>Andrea Gold<br>agold@tzlrgal.com<br>Hassan A. Zavareei<br>hzavareei@tzlegal.com<br>Glenn E. Chappell<br>gchappell@tzlegal.com<br>David W. Lawler<br>dlawler@tzlegal.com<br><br>Leora N. Friedman<br>lfriedman@tzlegal.com<br>Tycko & Zavareei LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, D.C. 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**Attorneys for Plaintiff Michele Bacus** |
| *Melissa Ryan v. 23andMe Inc.*<br>(Case No. 3:23-cv-5968)<br>**Northern District of California**<br><br>Glancy Prongay & Murray LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: mgodino@glancylaw.com | *Dhaman Gill v. 23andMe, Inc.*<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade |

Brian P. Murray
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212)-884-0988
bmurray@glancylaw.com

Law Office of Paul C. Whalen, P.C.
Paul C. Whalen
768 Plandome Road
Manhasset, NY 11030
Tel.: (516) 426-6870
paul@paulwhalen.com

**Attorneys for Plaintiff Ryan and the Proposed Class**

ggranade@reesellp.com
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Kevin Laukaitis
klaukaitis@laukaitislaw.com
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462

**Attorneys for Plaintiff Dhaman Gill**

DATED: January 9, 2024

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By:   */s/ Carey Alexander*
Carey Alexander
Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6344
calexander@scott-scott.com

Attorney for Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale